IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS MCMAHON,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>PHYLLIS CHAMBERS, in her official capacity as Director of the Nebraska Public Employees Retirement Systems; DENIS BLANK, in his official capacity as a member and chairperson of the Public Employees Retirement Board; RICHARD F. WASSINGER, in his official capacity as a member and vice-chairperson of the Public Employees Retirement Board; ELAINE STUHR, in her official capacity as a member of the Public Employees Retirement Board; JANIS ELLIOT, in her official capacity as a member of the Public Employees Retirement Board; RANDALL REHMEIER, in his official capacity as a member of the Public Employees Retirement Board; STUART SIMPSON, in his official capacity as a member of the Public Employees Retirement Board; RON ECKLUND, in his official capacity as a member of the Public Employees Retirement Board; and DENNIS LEONARD, in his official capacity as a member of the Public Employees Retirement Board;<br><br>　　　　　　　Defendants. | 4:14CV3237<br><br>ORDER OF DISMISSAL |

　　　This matter is before the Court on the Parties' Stipulation for Dismissal with Prejudice (Filing No. 18). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and each party will pay its own costs and attorney's fees. Accordingly,

2

IT IS ORDERED:

1. The Parties' Stipulation for Dismissal with Prejudice (Filing No. 18) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fees.

Dated this 30th day of June, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge